## No. 16,994.

BARBER ET AL. *v.* PEDERSEN ET AL.

(264 P. [2d] 857)

Decided December 21, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CLARENCE L. BARTHOLIC, for plaintiffs in error.

Mr. PHILIP HORNBEIN, Mr. PHILIP HORNBEIN, JR., Mr. GEORGE W. HARPER, for defendants in error.